# EXHIBIT   B



# KENTUCKY COLO

**LIVE U**

Kentucky Colonels Tryouts!!! Saturday, July 31 Through
1. Click on Tryouts For More Info...

## SUPPORT YOUR COLONELS!!

 Kentucky Colonels short sleeve Golf-shirt.
Available in all sizes — $29.95

 Kentucky Colonels short sleeve cotton t-shirt.
Available in all sizes — $9.95

 Baby Blue-Dark Blue Flexfit
63 percent polyester, 34 percent cotton and 3 percent spandex.
L and XL only — $19.95

 ABA Basketball — $18.95

**To order call: 1-866-530-0797**
**Allow 2-3 weeks for delivery.**

