FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

04 AUG 12 AM 10:30

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC., ) ) ) PLAINTIFF, ) ) v. ) ) BUILDING CHAMPIONS, LLC, ) d/b/a KENTUCKY COLONELS ) BASKETBALL ) ) DEFENDANT. ) | CIVIL ACTION NO. 3:04CV-465-H |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, The Honorable Order of Kentucky Colonels ("The Honorable Order"), by counsel, pursuant to Fed. R. Civ. P. 65 and 15 U.S.C. § 1116 moves this Court for a temporary restraining order and a preliminary injunction.

Defendant has improperly utilized and infringed upon The Honorable Order's KENTUCKY COLONELS trademark. If Defendant is permitted to continue this course of action it shall cause irreparable harm for which The Honorable Order has no adequate remedy at law. The Honorable Order seeks a temporary restraining order and a preliminary injunction forbidding Defendant from using its trademark. Unless a temporary restraining order and a preliminary injunction are issued without delay, substantial and irreparable injury to The Honorable Order's goodwill and reputation will be unavoidable. A memorandum in support of this motion and proposed Orders are attached.

Respectfully submitted,

*Roxanne B. Edling* (signature)

Steven L. Snyder
Roxanne Baus Edling
WYATT, TARRANT & COMBS, LLP
PNC Plaza
500 West Jefferson Street, Suite 2600
Louisville, Kentucky 40202-2898
502.589.5235

***Counsel for Plaintiff, The Honorable
Order of Kentucky Colonels, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Motion and the accompanying Memorandum and Proposed Order were served via facsimile and first-class U.S. mail, postage prepaid, this 12th day of August, 2004, upon the following:

Michelle Kaiser Bray
Sommer Barnard Ackerson, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023.

*Roxanne B. Edling* (signature)

One of Counsel for Plaintiff

2