# EXHIBIT   A



**Whitehall Apartments**
Centrally located in Hikes Point Area



Home · News · Sports · Business · Features · Scene · Velocity · Classifieds · Jobs · Cars · Homes · Marketplace · Contact Us · Search

Local/Regional » News Item                                    Monday, August 02, 2004

# ABA team likely to play at Gardens
Kentucky Colonels join minor league

 Mail this page

**Subscrib**
Click he
get the C
delivered
your doo

**By Sheldon S. Shafer**
sshafer@courier-journal.com
The Courier-Journal

The new Kentucky Colonels team that will play in the reconstituted American Basketball Association expects to sign a lease tomorrow to play its home games at Louisville Gardens.

The initial two-year lease will ensure activity in the former armory at Sixth Street and Muhammad Ali Boulevard and help offset metro government's $200,000-plus annual utility bill, said Deputy Mayor Rick Johnstone. The team plans to play 18 home games from mid-November to mid-March.

ABOUT THE ABA
For information about the American Basketball Association, check out www.abalive.com.

The minor-league expansion team has agreed to spend about $100,000 on painting, carpeting, lighting and other cosmetic improvements, with an intent to give the Gardens "a first-class atmosphere," said Colonels spokesman Jesse Dickerson.

Dickerson and Johnstone declined to give details of the pending lease until it is signed. The lease will include space for a team office, a gift shop and for storage, Johnstone said.

The four-year-old league is expanding to 37 franchises this fall, from seven, including teams in Louisville, Kansas City (Mo.), St. Louis, Cincinnati and Little Rock in its Central Division. Perhaps the best-known players in the league last year were aging Dennis Rodman and the rapper Master P., but former University of Louisville players DeJuan Wheat and Damion Dantzler also were on ABA rosters.

The Indianapolis-based ownership of the Colonels — headed by Stephanie Roach, who owns a large bail bonding company — has bought the rights to the team name. The Kentucky Colonels played in the original ABA from 1967 to 1976.

The new Colonels have hired Tree Rollins, a former NBA player, as president and Henry Bacon, who played at UofL from 1968 to 1972, as coach. The team will open a Gardens office mid-month, Dickerson said.

**Top Jobs**
courier-journal.com

POWERED BY
career**builder**

**Healthcare Opportunities**
A commitment to excellence.
A...

**Administrative/ Clerical**
RECORDS ASSISTANT/
DOCUMENT CLERK...

**Engineer**
KACI (R) Katayama American
Co. Inc....

**Medical**
Infinite Possibilities Health
Care...

**healthcare**
Growing East-end healthcare
company...

All Top Jobs

**About Top Jobs**





The roster has not been set but is expected to be stocked largely with former UofL and University of Kentucky athletes, Dickerson said. He said players potentially could make about $20,000 a year, plus incentives.

Andy Jugen, executive director of the Louisville Sports Commission, an agency dedicated to trying to recruit sporting events, has been working with Colonels officials. He said team officials toured Broadbent Arena, Bellarmine University and the Kentucky International Convention Center as possible places to play.

But Dickerson said the Gardens was the logical and easy choice.

"The history of the building alone speaks wonders about why we want to play there," Dickerson said.

Jugen said he realizes Louisville's experience with minor-league basketball is "checkered." In the past 20 years or more, minor-league teams called the Louisville Catbirds, the Kentucky Stallions and the Louisville Shooters came and quickly went.

But Jugen said he hopes the new Colonels can endure. "Any minor-league sport is a long shot, but these guys have a solid marketing plan, some good solid people behind them financially and realistic expectations," Jugen said.

Dickerson said the Colonels' ownership is "prepared to spend out of pocket for five years" to keep the team afloat. He said tickets will sell for $5 to $20, with a goal to sell about 3,500 season tickets. The Gardens will seat about 5,500 for basketball. "This thing is for real, and we hope the community stands behind it," Dickerson said.

The new team also hopes to capitalize on local nostalgia for the original Colonels, officials said.

The league will use the traditional ABA red, white and blue ball and have some gimmicks such as a four-point field goal.

Local attorney J. Bruce Miller, for one, expressed strong skepticism about the new Colonels. "They have no chance of succeeding," said Miller, who led unsuccessful efforts in the past five years to get three NBA teams to move to Louisville.

The Gardens has sat largely idle since the former county stopped booking events in 2001.

Since the city and county governments merged, the Gardens has been rented occasionally for high school basketball tournaments, meetings, plays and private functions. The building houses some metro government archives.

The new Colonels originally sought a long-term deal and, Jugen said, have an eventual goal to build their own downtown arena.

Johnstone said Mayor Jerry Abramson's administration wanted only an initial two-year deal to give the city a chance to review what to do with the Gardens.

Johnstone said private developer interest in the Gardens has greatly increased with the resounding success of nearby 4th Street Live.

^^ **Back to top**

Home · News · Sports · Business · Features · Scene · Velocity · Classifieds · Jobs · Cars · Homes · Marketplace · Contact Us · Search



Copyright 2004 The Courier-Journal.
Use of this site signifies your agreement to the Terms of Service (updated 12/18/2003).
Send questions and comments to The Webmaster.