# EXHIBIT B



# KENTUCKY COLO

## LIVE U

Kentucky Colonels Tryouts!!! Saturday, July 31 Through
1. Click on Tryouts For More Info...

### Kentucky Colonels Tryout Information

**Location:**
The Fieldhouse
11825 Technology Drive
Fishers, IN 46038

**Date:**
Saturday, July 31 Through
Sunday, August 1

**Times:**
8:00am Registration

BOTH DAYS ARE MANDATORY TO BE CONSIDERED

Check or money order Made payable to: Kentucky Colonels Basketball
Mail with registration form to:
Building Champions LLC, care of Kentucky Colonels Basketball
7709 Dartmouth Rd. Indianapolis, IN 46260

If paying by credit card,
please email form to: jesse@colonelsbasketball.com
Pre-Registration Fee: $100.00 At the door: $120.00
NON-REFUNDABLE
Limited to the first 150 paid registrations

Please click to access and print registration form: Registration Form

Please click to access and print Registration Info: Registration Info

Get Adobe Reader

### LODGING INFORMATION

Super 8
17070 Dragonfly Lane
Noblesville, IN
Phone # 317.776.7088

Call and ask for Kentucky Colonels Group Rate
$79.00 per night (Double Queen)
http://www.midwesthospitality.com

Navigation sidebar: HOME, TRYOUTS, MERCHANDISE, TICKETS, MESSAGE BOARD, LINKS, ABA INFO, CONTACT, FAN ZONE, PHOTOS, JOIN FAN CLUB

