UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

THE HONORABLE ORDER OF
KENTUCKY COLONELS                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:04CV-465-H

BUILDING CHAMPIONS, LLC
d/b/a KENTUCKY COLONELS
BASKETBALL                                                                     DEFENDANTS

ORDER

The Plaintiff having filed a Motion for Temporary Restraining Order,

**IT IS ORDERED** that this matter is set for a conference before the undersigned on

Friday, **August 13, 2004 at 10:00 a.m.** The Court will initiate the telephonic call.

Date: 8-12-04

ENTERED BY ORDER OF COURT:
JOHN G. HEYBURN II
CHIEF JUDGE, U.S. DISTRICT COURT
JEFFREY A. APPERSON, CLERK

By _____
Deputy Clerk

ENTERED
AUG 1 2 2004
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK