UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-465-H

THE HONORABLE ORDER OF
KENTUCKY COLONELS                                                                            PLAINTIFF

V.

BUILDING CHAMPIONS, LLC
d/b/a KENTUCKY COLONELS BASKETBALL                                        DEFENDANT

**ORDER ON CONFERENCE**

The above styled action came before the undersigned on August 13, 2004 for a conference on Plaintiff's Motion for Preliminary Injunction. There appeared Mr. Steven L. Snyder and Ms. Roxanne B. Edling on behalf of Plaintiff and Ms. Michelle Bray, Mr. Holland McTyeire, Ms. Stephanie Hale and Ms. Amy Burge on behalf of Defendants. Also present were Mr. Glen Bastin, Ms. Stephanie Roach and Mr. Jesse Dickerson.

The parties discussed Plaintiff's Motion for a Temporary Restraining Order. The Court concluded that immediate relief was inappropriate for a number of reasons, including the ability to schedule a hearing in the near future. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED. However, Defendant shall restrict its sales of "Kentucky Colonels" items to its current website.

IT IS FURTHER ORDERED that on or before **August 20, 2004**, the parties shall file

simultaneous briefs on all pending issues.

IT IS FURTHER ORDERED that this matter is set for a preliminary injunction hearing on **August 30, 2004, at 9:30 a.m.**

This __16th__ day of August, 2004.

JOHN G. HEYBURN II
CHIEF JUDGE, U.S. DISTRICT COURT

cc: Counsel of Record

ENTERED
AUG 1 7 2004
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK