UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>BUILDING CHAMPIONS, LLC )<br>d/b/a KENTUCKY COLONELS BASKETBALL, )<br>)<br>DEFENDANT )<br>) | CIVIL ACTION NO. 3:04CV-465-H |

## DECLARATION OF JESSE DICKERSON

I, Jesse Dickerson, declare as follows:

1. I am the Marketing Director for Building Champions, LLC d/b/a Kentucky Colonels Basketball ("Kentucky Colonels Basketball"). I make this declaration in support of Defendant's Motion in Opposition to Plaintiff's Motion for Preliminary Injunction. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness could and would testify consistently thereto.

2. Kentucky Colonels Basketball uses a stylized depiction of the mark KENTUCKY COLONELS LOUISVILLE together with a red, white and blue basketball design as its logo for team merchandise. Kentucky Colonels Basketball does not use, and has no current plans to use the mark KENTUCKY COLONELS without the team logo or some other basketball-related

indicia on merchandise. Attached at <u>Exhibit A</u> are copies of the logo as currently used on such merchandise.

3. Kentucky Colonels Basketball's current and/or intended channels of trade for team merchandise include (i) a gift shop at the Louisville Gardens; (ii) sporting goods stores; and (iii) Building Champions' and/or ABA or other sports-related Web sites.

4. On or about February, 2004, Kentucky Colonels Basketball conducted an open survey requesting suggestions from the public to name the team. Attached at <u>Exhibit B</u> are copies of public suggestions indicating that of all the persons who responded, over 25% preferred the new Louisville ABA team to be called, "Kentucky Colonels."

5. Kentucky Colonels Basketball has invested substantial time, monies and resources in developing the Kentucky Colonels team name and other identifying indicia and advertising and promoting the team's presence in the Commonwealth of Kentucky.

6. Season ticket sales for Kentucky Colonels Basketball are scheduled for this month of August 2004. The Kentucky Colonels Basketball team is scheduled to begin play on or about November 15, 2004.

7. Kentucky Colonels Basketball has teamed up with the WHAS Crusade for Children, a local charitable organization, for the purpose of sharing a percentage of revenues based on ticket sales.

FURTHER, Declarant saith not.

I affirm under the penalties for perjury that the foregoing is true and accurate.

DATED: **8-19-04**

_____
Jesse Dickerson