# For your information:

**CASE NUMBER:** 3:04CV-465-H

**DATE FILED:** 8/20/04

## Document(s) filed but NOT SCANNED:

Exhibits A - B

Exhibits A - Z

Exhibits AA - HH