# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. 3:04-CV-465-H |
| v. | )<br>)<br>)<br>) |
| BUILDING CHAMPIONS, LLC D/B/A KENTUCKY COLONELS BASKETBALL | )<br>)<br>) |
| Defendant. | ) |

## **ORDER**

Motion having been made on behalf of Defendant, Building Champions, LLC d/b/a Kentucky Colonels Basketball, for Michelle Kaiser Bray to appear in the above-styled action *Pro Hac Vice* pursuant to Local Rule 83.2, the necessary fee having been paid, the appropriate Affidavit having been filed, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Admission *Pro Hac Vice* be, and the same hereby is, GRANTED.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Michelle Kaiser Bray is admitted to practice in this matter before the Court.

_____
JUDGE, UNITED STATES DISTRICT COURT

Tendered By:

_____
Holland N. McTyeire, V
Amy B. Berge

GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
Louisville, Kentucky 40202
Telephone: 502-589-4200
Facsimile: 502-587-3695

COUNSEL FOR DEFENDANT,
BUILDING CHAMPIONS, LLC D/B/A
KENTUCKY COLONELS BASKETBALL

LOU915371.1(WORD)

2