UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| THE HONORABLE ORDER OF<br>KENTUCKY COLONELS | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:04CV-465-H |
| BUILDING CHAMPIONS, LLC,<br>d/b/a KENTUCKY COLONELS BASKETBALL | DEFENDANT |

### ORDER ON PRELIMINARY INJUNCTION HEARING

The above-styled action came before the undersigned for a Preliminary Injunction Hearing on August 30, 2004. There appeared Mr. William Hollander and Ms. Roxanne B. Edling on behalf of the Plaintiff and Ms. Michelle K. Bray, Ms. Stephanie A. Hale and Mr. Holland N. McTyeire on behalf of the Defendant.

Discussions having been held, opening statements having been heard, testimony having been introduced and the Court being sufficiently advised,

**IT IS ORDERED** that simultaneous briefs shall be filed on or before **September 10, 2004**. This matter then will stand submitted.

Copies to Counsel of Record