## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 3:04-CV-465-H |
| v. | ) ) ) |
| BUILDING CHAMPIONS, LLC D/B/A KENTUCKY COLONELS BASKETBALL | ) ) ) ) |
| Defendant. | ) |

## AGREED ORDER

Plaintiff, the Honorable Order of Kentucky Colonels, Inc. ("HOKC"), and Defendant, Building Champions, LLC d/b/a Kentucky Colonels Basketball ("Building Champions"), through counsel, pursuant to the request of Building Champions, hereby stipulate and agree that Building Champions shall have until Friday, October 8, 2004 in which to file its Answer or otherwise respond to HOKC's Complaint.

**IT IS HEREBY ORDERED AND ADJUDGED** that Building Champions shall have through and including Friday, October 8, 2004, in which to file its Answer or otherwise respond to HOKC's Complaint.

AGREED TO:


_Stephanie A. Hale by HNMV_ _____

Michelle Kaiser Bray
Stephanie A. Hale (Ky. Bar #87929)

SOMMER BARNARD ATTORNEYS, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699

and

Holland N. McTyeire, V
Amy B. Berge

GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
Louisville, Kentucky 40202
Telephone: 502-589-4200
Facsimile: 502-587-3695

COUNSEL FOR DEFENDANT,
BUILDING CHAMPIONS, LLC D/B/A
KENTUCKY COLONELS BASKETBALL


_WHHolland_ _____

William H. Hollander
Roxanne Baus Edling

WYATT, TARRANT & COMBS, LLP
PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202-2898
Telephone: 502-589-5235
Facsimile: 502-589-0309

COUNSEL FOR THE HONORABLE ORDER
OF KENTUCKY COLONELS, INC.


LOU9237231.1(WORD)

2