UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

04 SEP 10 PM 4: 17

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) CIVIL ACTION NO. 3:04CV-465-H ) |
| BUILDING CHAMPIONS, LLC, d/b/a KENTUCKY COLONELS BASKETBALL | ) ) ) ) |
| DEFENDANT. | ) ) |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Building Champions, LLC, by counsel, in support of its Opposition to Plaintiff's

Motion for Preliminary Injunction respectfully submits the attached Supplemental

Memorandum.

Respectfully submitted,

Michelle Kaiser Bray by TNKW

Michelle Kaiser Bray
Stephanie A. Hale (Ky. Bar #87929)
SOMMER BARNARD ATTORNEYS, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

and

Amy B. Berge
Holland McTyeire
Greenebaum Doll & McDonald PLLC
3500 National City Tower
Louisville, KY 40202

*Counsel for Defendant*

## STATEMENT OF POINTS AND AUTHORITY

I.    Introduction.................................................................................................................1

II.   Argument ...................................................................................................................2

    A. Secondary Source...............................................................................................2

- *In re Expo '74*, 189 U.S.P.Q. 48 (T.T.A.B. 1975).
- *In re Olin Corp.*, 181 U.S.P.Q. 182, 182 (T.T.A. B.  1973).
- *In re McDonald's Corp.*, 199 U.S.P.Q. 702  (T.T.A.B. 1978).
- *In re Snap-On Tools Corp.*, 159 U.S.P.Q. 254 (T.T.A.B. 1968).
- TMEP §1202.03(c).
- *In Re Paramount Pictures Corporation* 217 U.S.P.Q. 292 (T.T.A.B. 1983).

    1. Building Champions' Use of the Design Mark on T-Shirts and Novelty Items is an Indication of Secondary Source...........................................4

- 15 U.S.C. §1112 (2003).
- *National Football League v. Jasper Alliance Corporation*, 16 U.S.P.Q.2d 1212 (T.T.A.B. 1990).
- *Sharkskins Surf Gear, Inc. v. San Jose Sharks*, 1996 TTAB LEXIS 45.

    2. The Honorable Order's Use of the "KENTUCKY COLONELS" Mark is an Indication of Secondary Source......................................................7

    B. Genericness ........................................................................................................8

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).
- *Nartron Corporation v. Stmicroelectronics, Inc.*, 305 F.3d 397 (6th Cir. 2002).

    1. General Information on Generic Terms.................................................9

- *Nartron Corporation v. Stmicroelectronics, Inc.*, 305 F.3d 397 (6th Cir. 2002).
- *Retail Services, Inc. v. Freebies Publishing*, 364 F.3d 535 (4th Cir. 2004).

    2. Examples of Generic Terms................................................................10

- *Blinded Veterans Association v. Blinded American Veterans Foundation*, 872 F.2d 1035 (D.C. Cir. 1989).

- *Haughton Elevator Company v. Seeberger*, 85 U.S.P.Q. 80 (1950).
- *In re Association of Energy Engineers, Inc.*, 227 U.S.P.Q. 76 (T.T.A.B. 1985).
- *Retail Services, Inc. v. Freebies Publishing*, 364 F.3d 535 (4th Cir. 2004).

3.  Evidence of Genericness....................................................................13

- *Nartron Corporation v. Stmicroelectronics, Inc.*, 305 F.3d 397 (6th Cir. 2002).

4.  The Ultimate Burden of Proof Rests with the Honorable Order .........15

- *Nartron Corporation v. Stmicroelectronics, Inc.*, 305 F.3d 397 (6th Cir. 2002).
- *Ashland Oil Company, Inc. v. Olymco, Inc.*, 905 F.Supp. 409 (W.D. Ky. 1994)

C.  Building Champions' Design Mark is Not Likely to Cause Confusion...........16

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).
- *Michael Caruso & Co., Inc. v. Estefan Enterprises, Inc.*, 994 F. Supp. 1454 (S.D. Fla. 1998).
- *Sunenblick v. Harrell*, 895 F. Supp. 616 (S.D. N.Y. 1995).
- *Captain Tony's Pizza, Inc. v. Domino's Pizza, Inc.*, 1992 WL 218673 (W.D. N.Y. 1992).
- *J & J Snack Foods, Corp. v. Earthgrains Co.*, 220 F. Supp.2d 358 (S. N.J. 2002).
- *Becoming, Inc. v. Avon Products, Inc.*, 2001 WL 930794 (S.D. N.Y. 2001).
- *Worthington Foods, Inc. v. Kellogg Company*, 732 F. Supp. 1417 (S.D. Ohio 1990).

1.  Strength of Plaintiff's Mark ................................................................20

- *Homeowner's Group v. Home Marketing Specialists*, 931 F.2d 1100 (6th Cir. 1991).
- *Bridgestone Tire Co. v. Bridgestone Trading Co.*, 221 U.S.P.Q. 1012 (T.T.A.B. 1984).

2.  Relatedness of Goods.........................................................................21

3.  Similarity of the Marks ......................................................................22

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).
- *Basic American Medical, Inc. v. American Medical International, Inc.*, 649 F. Supp. 885 (S.D. Ind. 1986); citing *James Burrough Ltd. v. Lesher*, 309 F. Supp. 1154 (S.D. Ind. 1969) and *In re E.I. du Pont de Nemours & Co.*, 476 F.2d 1357 (CCPA 1973).
- *Harlem Wizards Entertainment Basketball v. NBA Properties*, 952 F. Supp. 1084 (N.J. 1997).
- *Allstate Ins. Co. v. Delibro*, 6 U.S.P.Q. 1220 (T.T.A.B. 1988).
- *In re Pedro Ruiz-Tagle Decombe*, 1988 WL 252674 (T.T.A.B. 1988).
- *International Kennel Club of Chicago, Inc. v. Mighty Star, Inc.*, 846 F.2d 1079 (7th Cir. 1988).
- *Appleseed Foundation Inc. v. Appleseed Institute, Inc.*, 981 F. Supp. 672 (D.D.C. 1997).

4.  Evidence of Actual Confusion ............................................................27

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).
- *Sunenblick v. Harrell*, 895 F. Supp. 616 (S.D. N.Y. 1995).
- *Estee Lauder, Inc. v. The Gap, Inc.*, 108 F.3d 1503 (2nd Cir. 1997).

5.  Marketing Channels ............................................................................28

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).
- *Homeowner's Group v. Home Marketing Specialists*, 931 F.2d 1100 (6th Cir. 1991).
- *Sunenblick v. Harrell*, 895 F. Supp. 616 (S.D. N.Y. 1995).

6.  Likely Degree of Purchaser Care .......................................................29

- *Harlem Wizards Entertainment Basketball v. NBA Properties*, 952 F. Supp. 1084 (N.J. 1997).

7.  Defendant's Intention in Selecting the Mark .......................................30

- *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997).

8.  Likelihood of Confusion .....................................................................31

D.  The Honorable Order has Failed to Establish the Factors Necessary for Injunctive Relief..................................................................................31

- *Big Time Worldwide Concert & Sport Club at Town Center v. Marriott International*, 236 F.Supp. 2d. 791 (E.D. Mich. 2003); citing *Leary v. Daeschner*, 228 F.3d 729 (6th Cir. 2000).
- *Michigan Bell Telephone Company v. Engler*, 257 F.3d 587 (6th Cir. 2001).
- *Milliron v. Louisville & Jefferson County Metropolitan Sewer District*, 867 F.Supp. 559 (W.D. Ky. 1994).

III.   Conclusion ............................................................................................................32

IV.   Certificate of Service ............................................................................................33