UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FILED**
JEFFREY A. APPERSON, CLERK
SEP 10 2004
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

THE HONORABLE ORDER OF )
KENTUCKY COLONELS, INC., )
)
    PLAINTIFF, )
)
v. ) CIVIL ACTION NO. 3:04CV-465-H
)
BUILDING CHAMPIONS, LLC, )
d/b/a KENTUCKY COLONELS )
BASKETBALL )
)
    DEFENDANT. )

### PLAINTIFF'S POST-HEARING BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Submitted by:
William H. Hollander
Steven L. Snyder
Roxanne Baus Edling
WYATT, TARRANT & COMBS, LLP
PNC Plaza
500 West Jefferson Street, Suite 2600
Louisville, KY 40202-2898
502.589.5235
*Counsel for Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

i

## **TABLE OF POINTS AND AUTHORITIES**

Page

**INTRODUCTION** ............................................................................................................. 1

    *Rock and Roll Hall of Fame and Museum, Inc. v. Gentile Productions*,
        134 F.3d 749 (6th Cir. 1998) ................................................................................. 1

    *Blue Cross & Blue Shield Mutual of Ohio v. Blue Cross and Blue Shield
        Assoc.*, 110 F.3d 318 (6th Cir. 1997) ..................................................................... 1

    *In re DeLorean Motor Co.*, 755 F.2d 1223 (6th Cir. 1985) ........................................ 1

    *Milliron v. Louisville and Jefferson County Metropolitan Sewer District*,
        867 F.Supp. 559 (W.D. Ky. 1994) ......................................................................... 1

**STATEMENT OF THE CASE** ........................................................................................ 2

**ARGUMENT** .................................................................................................................... 3

I.     **THE KENTUCKY COLONELS ARE LIKELY TO SUCCEED ON THE MERITS OF THIS TRADEMARK INFRINGEMENT CLAIM** ................................................................................... 3

    *Homeowners Group, Inc. v. Home Marketing Specialists, Inc.*, 931 F.2d
        1100 (6th Cir. 1991) .............................................................................................. 3

    *Wynn Oil Co. v. Thomas*, 839 F.2d 1183 (6th Cir. 1988) .......................................... 4

    *WSM, Incorporated v. Tennessee Sales Company*, 709 F.2d 1084 (6th Cir.
        1983) ..................................................................................................................... 4

    15 U.S.C. § 1115 .......................................................................................................... 5

    15 U.S.C. § 1057(b) ..................................................................................................... 5

    15 U.S.C. § 1114 .......................................................................................................... 5

    *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109
        F.3d 275 (6th Cir. 1997) ........................................................................................ 5

    *PACCAR, Inc. v. Telescan Technologies, LLC*, 319 F.3d 243 (6th Cir.
        2003) ..................................................................................................................... 5

    *Frisch's Rests., Inc. v. Elby's Big Boy of Steubenville, Inc.*, 670 F.2d 642
        (6th Cir. 1982), *cert. denied*, 459 U.S. 916 (1982) ............................................... 5

A.  **Strength of the KENTUCKY COLONELS Mark**......................5

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) ..........................................................5

15 U.S.C. § 1052(f)..............................................................................6

*Wynn Oil Co.*, 839 F.2d at 1186-1187 ..............................................6

*Park N Fly, Inc. v. Dollar Park and Fly, Inc.*, 469 U.S. 189 (1985) ............6

    1.    Plaintiff's Trademark is Not Generic. ..............................7

    *Kern's Kitchen, Inc. v. Bon Appetit*, 1988 WL 69137 (6th Cir. 1988) ................................................................................7

    *Kellogg Co. v. National Biscuit Co.*, 305 U.S. 111 (1938)...............7

    *Nartron Corp. v. Stmicroelectronics, Inc.*, 305 F.3d 397 (6th Cir. 2002)......................................................................7

    *McCarthy on Trademarks*, § 16.4......................................................8

    *McCarthy on Trademarks* § 16.1 ......................................................8

    2.    There is No Evidence of Current Usage of the KENTUCKY COLONELS Trademark on Goods of the Kind Registered to the Kentucky Colonels ..............................9

*Homeowners Group, Inc. v. Home Marketing Specialists, Inc.*, 931 F.2d 1100 (6th Cir. 1991) ........................................................9

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) .........................................................10

    3.    The "Secondary Source" Doctrine is a Red Herring in this Case. .................................................13

    *In re Paramount Pictures Corp.*, 213 U.S.P.Q. 1111 (T.T.A.B. 1982) ............................................................14

    *CBS, Inc. v. David Liederman and William Liederman*, 866 F. Supp. 763 (S.D.N.Y. 1994)...........15

*CBS, Inc. v. Liederman*, 44 F.3d 174 (2nd Cir. 1995), ................................................................16

*Sunenblick v. Harrell*, 895 F. Supp. 616 (S.D.N.Y. 1995) ................................................................16

*Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Co.* 799 F.2d 867 (2nd Cir. 1986)........................................17

*Gucci America, Inc. v. Action Activewear, Inc.*, 759 F. Supp. 1060 (S.D.N.Y. 1991)...................................17

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) ................................................................17

*Michael Caruso & Co., Inc. v. Estefan Enterprises, Inc.*, 994 F.Supp. 1454 (S.D. Fl. 1998)........................18

**B.**   **Relatedness of the Goods**................................................................20

*Champions Golf Club v. Champions Golf Club*, 78 F.3d 1111 (6th Cir. 1996)........................................20

*McCarthy on Trademarks* §24:9.1 ....................................................20

*Black & Decker Mfg. Co. v. Big Yank Corp.*, 231 U.S.P.Q. 484 (T.T.A.B. 1986) ................................................20

*University of Georgia Athletic Association v. Laite*, 756 F.2d 1535 (11th Cir. 1988) ........................................21

*International Order of Job's Daughters v. Lindenburg & Co.*, 633 F. 2d 912 (9th Cir. 1980)............................21

**C.**   **Similarity of the Marks** ................................................................21

*In re Appetito Provisions Co., Inc.*, 3 U.S.P.Q.2d 1553 (T.T.A.B. 1967) ................................................23

*Price Candy Co. v. Gold Medal Candy Corp.*, 220 F.2d 759 (CCPA 1955) ................................................23

*West Disinfecting Co. v. Lan-O-Sheen Co.*, 163 F.2d 566 (CCPA 1947) ................................................23

*Allstate Ins. Co. v. Delibro*, 6 U.S.P.Q. 1220 (T.T.A.B. 1988) .................................................................................... 24

*Appleseed Foundation Inc. v. Appleseed Institute, Inc.*, 981 F. Supp. 672 (D.D.C. 1997) ....................................................... 24

*Golden Door, Inc. v. Odisho*, 646 F.2d 347 (9th Cir. 1980) .......... 24

*Kentucky Fried Chicken Corp. v. Smith*, 351 F. Supp. 1311 (E.D. Mich. 1972) .......................................................................... 24

*WMS*, 709 F.2D at 1087 ................................................................ 25

D. **Evidence of Actual Confusion** .......................................................... 26

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) ................................... 26

E. **Marketing Channels** ......................................................................... 26

*Champions Golf Club v. Champions Golf Club*, 78 F.3d 1111 (6th Cir. 1996) ...................................................................... 27

*McCarthy's at Trademark*§23:5 .................................................... 27

F. **Degree of Consumer Care** ................................................................. 28

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) ................................... 28

G. **Intent of Defendant in Selecting the Mark** ................................. 29

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Ctr.*, 109 F.3d 275 (6th Cir. 1997) ................................... 29

*WSM, Inc. v. Tennessee Sales Co.*, 709 F.2d 1084 (6th Cir. 1983) ................................................................................................ 29

H. **Expansion of Product Lines** .............................................................. 30

*Homeowners Group, Inc. v. Home Marketing Specialists, Inc.*, 931 F.2d 1100 (6th Cir. 1991) ............................................ 31

*Dr. Seuss Enterprises v. Penguin Books USA, Inc.*, 109 F3d 1394 (9th Cir. 1997) ....................................................................... 31

*WSM, Inc. v. Tennessee Sales Co.*, 709 F.2d 1084 (6th Cir. 1983) ................................................................................................. 31

*P.T.C. Brands, Inc. v. Conwood Co.*, 887 F. Supp. 963 (W.D. Ky. 1995) ................................................................................ 31

II. **DEFENDANT'S CONTINUED INFRINGEMENT OF THE TRADEMARK OF THE HONORABLE ORDER POSES A THREAT OF IRREPARABLE HARM.** ............................................................. 32

*Wynn Oil Co. v. American Way Service Corp.*, 943 F.2d 595 (6th Cir. 1991) ................................................................................................. 32

*Circuit City Stores, Inc. v. Carmax, Inc.*, 165 F.3d 1047 (6th Cir. 1999) ............... 32

*Budish v. Gordon*, 784 F. Supp. 1320 (N.D. Ohio 1992) .......................................... 32

*Basicomputer Corp. v. Scott*, 973 F.2d 507 (6th Cir. 1992) ..................................... 33

*Michigan Bell Telephone Co.*, 257 F.3d 587 (6th Cir. 2001) ................................. 33

*Genny's Diner & Pub, Inc. v. Sweet Daddy's, Inc.*, 812 F.Supp. 744 (W.D. Ky. 1993) ................................................................................................. 33

III. **THE BALANCE OF INJURIES WEIGHS DECIDEDLY IN PLAINTIFF'S FAVOR.** ............................................................................................ 34

*Budish v. Gorden*, 784 F.Supp. 1320 (N.D. Ohio 1992) .......................................... 34

*Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 253 F.Supp.2d 943 (E.D. Ky. 2003) ........................................................................ 34

*Woodroast Sys., Inc. v. Restaurants Unlimited, Inc.*, 793 F.Supp. 906 (D. Minn. 1992), *aff'd* 994 F.2d 844 (8th Cir. 1993) ............................................. 34

IV. **GRANTING INJUNCTIVE RELIEF IS IN THE PUBLIC INTEREST.** ......................................................................................................... 35

**CONCLUSION** ................................................................................................................ 35

20230108.1