# EXHIBIT B

KENTUCKY COLONELS



Season Tickets on Sale Now!!! Click on tickets for more information.

## SUPPORT YOUR COLONELS!!



Kentucky Colonels short sleeve Golf-shirt.
Available in all sizes                $29.95

 

Kentucky Colonels short sleeve cotton t-shirt.
Available in all sizes                $9.95



Baby Blue-Dark Blue Flexfit 63 percent polyester, 34 percent cotton and 3 percent spandex.
L and XL only                         $19.95

ABA Basketball                        $18.95

**To order call:** 1-866-530-0797
**Allow 2-3 weeks for delivery.**



http://www.colonelsbasketball.com/merchandise.htm



8/26/2004