UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. ) ) ) Plaintiff, ) ) v. ) ) ) BUILDING CHAMPIONS, LLC D/B/A ) KENTUCKY COLONELS BASKETBALL ) ) Defendant. ) | Civil Action No. 3:04-CV-465-H |

## AGREED ORDER

Plaintiff, the Honorable Order of Kentucky Colonels, Inc. ("HOKC"), and Defendant, Building Champions, LLC d/b/a Kentucky Colonels Basketball ("Building Champions"), through counsel, pursuant to the request of Building Champions, hereby stipulate and agree that Building Champions shall have until Friday, October 8, 2004 in which to file its Answer or otherwise respond to HOKC's Complaint.

**IT IS HEREBY ORDERED AND ADJUDGED** that Building Champions shall have through and including Friday, October 8, 2004, in which to file its Answer or otherwise respond to HOKC's Complaint.

AGREED TO:

_____  _____
Michelle Kaiser Bray              William H. Hollander
Stephanie A. Hale (Ky. Bar #87929)  Roxanne Baus Edling

SOMMER BARNARD ATTORNEYS, PC     WYATT, TARRANT & COMBS, LLP
One Indiana Square, Suite 3500   PNC Plaza
Indianapolis, Indiana 46204      500 West Jefferson Street
Telephone: 317-713-3500          Louisville, Kentucky 40202-2898
Facsimile: 317-713-3699          Telephone: 502-589-5235
                                 Facsimile: 502-589-0309
and
                                 COUNSEL FOR THE HONORABLE ORDER
Holland N. McTyeire, V           OF KENTUCKY COLONELS, INC.
Amy B. Berge

GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
Louisville, Kentucky 40202
Telephone: 502-589-4200
Facsimile: 502-587-3695

COUNSEL FOR DEFENDANT,
BUILDING CHAMPIONS, LLC D/B/A
KENTUCKY COLONELS BASKETBALL

LOU9237231.1(WORD)

2