UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-465-H

THE HONORABLE ORDER OF
KENTUCKY COLONELS                                                                PLAINTIFF

V.

BUILDING CHAMPIONS, LLC
d/b/a KENTUCKY COLONELS BASKETBALL                                DEFENDANT

**ORDER**

The Honorable Order of Kentucky Colonels has moved for a preliminary injunction to prevent Defendant from using its trademark on t-shirts. For the reasons set forth in the accompanying Memorandum Opinion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Honorable Order's motion for a preliminary injunction is DENIED.

cc:     Counsel of Record