UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JEFFREY A. APPERSON, CLERK
NOV 22 2004
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | )<br>)<br>) |
| PLAINTIFF | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 3:04CV-465-H<br>) |
| BUILDING CHAMPIONS, LLC d/b/a/ KENTUCKY COLONELS BASKETBALL | )<br>)<br>)<br>) |
| DEFENDANT | ) |

*fee pd # 581*
*11/23/04*
*aw*

## NOTICE OF APPEAL

Notice is hereby given that The Honorable Order of Kentucky Colonels, Inc. ("Kentucky Colonels"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered in this action on October 29, 2004, denying the Plaintiff's Motion for a Preliminary Injunction. The October 29, 2004 Order is appealable pursuant to 28 U.S.C. § 1292.

The Appellant in this appeal is the Plaintiff, The Honorable Order of Kentucky Colonels, Inc. The Appellee in this appeal is the Defendant, Building Champions, LLC d/b/a Kentucky Colonels Basketball.

Respectfully submitted,

_____
William H. Hollander
Roxanne Baus Edling
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2600
Louisville, Kentucky 40202-2898
502.589.5235
*Counsel for Appellant-Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U. S. mail, first class, postage prepaid, on this the 22nd day of November, 2004:

| | |
|---|---|
| Michelle Kaiser Bray | Holland McTyeire |
| Stephanie Hale | Amy Berge |
| Sommer Barnard Ackerson, PC | Greenebaum Doll & McDonald PLLC |
| One Indiana Square, Suite 3500 | 101 S. 5th Street, Suite 3500 |
| Indianapolis, IN 46204-2023 | Louisville, KY  40202-3197 |

*Roxanne B. Edling*
One of Counsel for Appellant-Plaintiff

20234553.1