FILED (SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

04 DEC -1 PM 3: 10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| THE HONORABLE ORDER OF ) | |
| KENTUCKY COLONELS, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04CV-465-JGH |
| ) | |
| BUILDING CHAMPIONS, LLC d/b/a/ ) | |
| KENTUCKY COLONELS ) | |
| BASKETBALL ) | |
| ) | |
| DEFENDANT ) | |

### APPELLANT'S DESIGNATION OF RECORD ON APPEAL

Comes the Appellant-Plaintiff, The Honorable Order of Kentucky Colonels, Inc., by counsel, and attaches its Designation of Record on Appeal.

Respectfully submitted,

*Roxanne B. Edling*
William H. Hollander
Roxanne Baus Edling
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2600
Louisville, Kentucky 40202-2898
502.589.5235

*Counsel for Appellant-Plaintiff, The
Honorable Order of Kentucky Colonels, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U. S. mail, first class, postage prepaid, on this the 1st day of December, 2004:

Michelle Kaiser Bray
Stephanie Hale
Sommer Barnard Ackerson, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Holland McTyeire
Amy Berge
Greenebaum Doll & McDonald PLLC
101 S. 5th Street, Suite 3500
Louisville, KY 40202-3197

*Roxanne B. Elling*
One of Counsel for Appellant-Plaintiff

20235120.1

APPEAL

# U.S. District Court
# Western District of Kentucky (Louisville)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00465-JGH

The Honorable Order of Kentucky Colonels, Inc v.
Building Champions, LLC
Assigned to: Chief Judge John G. Heyburn II
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:1051 Trademark Infringement

Date Filed: 08/12/04
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**Honorable Order of Kentucky Colonels, Inc**

represented by **Roxanne Baus Edling**
Wyatt, Tarrant & Combs
500 W. Jefferson Street
Suite 2600
Louisville, KY 40202
502-589-5235
Fax : 589-0309
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven L. Snyder**
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202
502-562-7334
Fax : 502-589-0309
Email: ssnyder@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Hollander**
Wyatt, Tarrant & Combs LLP
500 W. Jefferson Street
Suite 2600
Louisville, KY 40202
502-562-7318

                 Fax : 502-589-0309
                 Email: whollander@wyattfirm.com
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Building Champions, LLC**      represented by **Amy Burge**
                 Greenebaum Doll & McDonald PLLC
                 101 S. Fifth Street
                 3500 National City Tower
                 Louisville, KY 40202
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 **Holland N. McTyeire, V**
                 Greenebaum Doll & McDonald PLLC
                 101 S. Fifth Street
                 3500 National City Tower
                 Louisville, KY 40202
                 502-587-3672
                 Fax : 502-540-2223
                 Email: hnm@gdm.com
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 **Michelle Bray**
                 Sommer Barnard PC
                 One Indiana Sqaure
                 Suite 3500
                 Indianapolis, IN 46204
                 317-713-3529
                 Fax : 317-715-4568
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 **Stephanie A. Hale**
                 Sommer Barnard PC
                 One Indiana Sqaure
                 Suite 3500
                 Indianapolis, IN 46204
                 317-713-3259
                 Fax : 317-715-4568
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

*dba*
**Kentucky Colonels Basketball**

**Counter Claimant**
-----------------------

**Building Champions, LLC**

V.

**Counter Defendant**
-----------------------

**Honorable Order of Kentucky Colonels, Inc**    represented by    **Roxanne Baus Edling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Hollander**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 08/12/2004 | 1 | VERIFIED COMPLAINT for Injunctive Relief and Damages against Building Champions, LLC Summons(es) issued (Filing fee $ 150, receipt # 22312.) , filed by The Honorable Order of Kentucky Colonels, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# (3) Cover Sheet)(TAC) (Entered: 08/12/2004) |
| 08/12/2004 | 2 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order by The Honorable Order of Kentucky Colonels, Inc. Responses due by 8/30/2004 (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B# 4 Proposed Order # 5 Proposed Order # 6 Proposed Order)(TAC) (Entered: 08/12/2004) |
| 08/12/2004 | 3 | Case Assignment (Random Selection): Case Assigned to Chief Judge John G. Heyburn II. Magistrate designation: Dave Whalin. (TAC) (Entered: 08/12/2004) |
| 08/12/2004 | 4 | NOTICE of filing AO 120 with Commissioner of Patents and Trademarks (TAC) (Entered: 08/12/2004) |
| 08/12/2004 | 5 | ORDER by John G. Heyburn II on 8/12/2004; re 2 Hearing set for 8/13/2004 10:00 AM in Chambers before Chief Judge John G. |

| | | |
|---|---|---|
| | | Heyburn II on motion for TRO.(TAC) (Entered: 08/12/2004) |
| 08/17/2004 | 6 | ORDER for proceedings held before John G. Heyburn II: Preliminary Injunction hearing held on 8/17/2004, Motion for TRO is denied; 2 Simultaneous Brief due by 8/20/2004. Preliminary Injunction Hearing set for 8/30/2004 9:30 AM in Chambers before Chief Judge John G. Heyburn II. (TAC) (Entered: 08/17/2004) |
| 08/18/2004 | 7 | ATTORNEY NOTICE of Deficiency as to Amy Burge re 6 Pursuant to LR 83.2 Response due by 8/30/2004. (TAC) (Entered: 08/19/2004) |
| 08/18/2004 | 8 | ATTORNEY NOTICE of Deficiency as to Stephanie A. Hale re 6 Pursuant to LR 83.2 Response due by 8/30/2004. (TAC) (Entered: 08/19/2004) |
| 08/18/2004 | 9 | ATTORNEY NOTICE of Deficiency as to Michelle Bray re 6 Pursuant to LR 83.2 Response due by 8/30/2004. (TAC) (Entered: 08/19/2004) |
| 08/20/2004 | 10 | RESPONSE/OPPOSITION to Motion for Preliminary Injunction re 2 by Building Champions, LLC. (Attachments: # 1 Continuation of Memorandum Pgs 8 -18# 2 Continuation of Memorandum Pgs 19-36# 3 Affidavit Jesse Dickerson# 4 Exhibits A - B, Exhibits A -Z and Exhibits AA -HH not scanned# 5 Proposed Order)(TAC) (Entered: 08/23/2004) |
| 08/20/2004 | 11 | SUPPLEMENTAL MEMORANDUM in support of Motion for Injunctive Relief re 2 by The Honorable Order of Kentucky Colonels, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Continuation of Exhibit B)(TAC) (Entered: 08/23/2004) |
| 08/27/2004 | 12 | MOTION for Michelle Bray to Appear Pro Hac Vice (receipt # 22484) by Building Champions, LLC. Responses due by 9/14/2004 (Attachments: # 1 Affidavit Michelle Kaiser Bray# 2 Proposed Order)(TAC) (Entered: 08/30/2004) |
| 08/30/2004 | 13 | ORDER by John G. Heyburn II on 8/30/2004; granting Michelle Kaiser Bray's 12 Motion to Appear Pro Hac Vice (TAC) (Entered: 08/30/2004) |
| 09/01/2004 | 14 | ORDER ON PRELIMINARY INJUNCTION HEARING held before John G. Heyburn II: on 8/30/2004. Simultaneous Brief due by 9/10/2004. This matter will then stand submitted. (TAC) (Entered: 09/01/2004) |

| | | |
|---|---|---|
| 09/07/2004 | 15 | TRANSCRIPT of Preliminary Injunction Proceedings held on 8/30/2004 before Judge John G. Heyburn II. Court Reporter: A. Wernecke. . (Attachments: # 1 Continuation of Transcript pgs 51 - 100# 2 Continuation of Transcript pgs 101 - 150# 3 Continuation of Transcript pgs 151 - 200# 4 Continuation of Transcript pgs 201 - 216)(TAC) (Entered: 09/08/2004) *And all Exhibits Introduced at Hearing* |
| 09/09/2004 | 16 | PROPOSED Agreed Order that dfts have till 10/8/2004 to answer. (TAC) (Entered: 09/10/2004) |
| 09/10/2004 | 17 | SUPPLEMENTAL MEMORANDUM in opposition to plaintiffs motion for Preliminary Injunction re 10 by Building Champions, LLC. (Attachments: # 1 Memorandum in Support)(TAC) (Entered: 09/13/2004) |
| 09/10/2004 | 18 | POST-HEARING BRIEF in support of motion for Preliminary Injunction by The Honorable Order of Kentucky Colonels, Inc. (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B)(TAC) (Entered: 09/13/2004) |
| 09/15/2004 | 19 | AGREED ORDER by John G. Heyburn II on 9/14/2004; Dfts have till 10/8/2004 to answer.(TAC) (Entered: 09/15/2004) |
| 10/08/2004 | 20 | ANSWER to Complaint, COUNTERCLAIM against Honorable Order of Kentucky Colonels, Inc by Building Champions, LLC.(TAC) (Entered: 10/13/2004) |
| 10/29/2004 | 21 | MEMORANDUM AND OPINION by John G. Heyburn II on 10/29/2004; The motion for preliminary injunction will be denied.(TAC) (Entered: 10/29/2004) |
| 10/29/2004 | 22 | ORDER by John G. Heyburn II on 10/29/2004; denying 2 Motion for Preliminary Injunction (TAC) (Entered: 10/29/2004) |
| 11/01/2004 | 23 | ANSWER to Counterclaim by Honorable Order of Kentucky Colonels, Inc.(TAC) (Entered: 11/02/2004) |
| 11/22/2004 | 24 | NOTICE OF APPEAL as to 22 Order on Motion for Preliminary Injunction, 21 Memorandum & Opinion by Honorable Order of Kentucky Colonels, Inc. Filing fee $ 255, receipt number 581. (TAC) (Entered: 11/23/2004) |