UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC., | ) ) ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:04CV-465-H ) |
| BUILDING CHAMPIONS, LLC, d/b/a KENTUCKY COLONELS BASKETBALL | ) ) ) ) ) |
| DEFENDANT. | ) |

## AGREED JUDGMENT

By agreement of the parties, it is hereby ORDERED, that all claims against Defendant, Building Champions, LLC ("Building Champions"), and all counterclaims against the Plaintiff, The Honorable Order of Kentucky Colonels, Inc. (the "Honorable Order"), are hereby DISMISSED WITH PREJUDICE, each party to pay its own attorney's fees and costs.

The Court, after having examined evidence of the Honorable Order's use of the mark, specifically enters judgment that all claims contesting the validity of the Honorable Order's trademark registration, Reg. No. 2,812,681, are dismissed, and that the mark and registration are valid and strong. The Court shall retain jurisdiction of this matter for the sole purpose of resolving any disputes which arise in connection with the settlement agreement between the parties entered into and effective ~~February~~ March 3, 2005.

_____
JUDGE, U.S. DISTRICT COURT

AGREED TO:

_____
William H. Hollander
Steven L. Snyder
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502)589-5235
Counsel for Plaintiff

_____
Michelle Kaiser Bray
Stephanie Hale
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500

and

Holland McTyeire
Greenebaum Doll & McDonald PLLC
101 S. 5th Street, Suite 3500
Louisville, KY 40202-3197
(502) 589-4200
Counsel for Defendant