**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

PATRICIA J. ELDER
(513) 564-7034
www.ca6.uscourts.gov

FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY
05 MAR 16 AM 11:22

Filed: March 15, 2005

William H. Hollander

Steven L. Snyder

Holland N. McTyeire

Michelle Bray

    RE: 04-6406
        Honorable Order vs. Bldg Champions
        District Court No. 04-00465

Dear Counsel:

    Enclosed is a copy of an order which was entered today in the above-styled case.

                        Very truly yours,
                        Leonard Green, Clerk

                        (Ms.) Patricia J. Elder
                        Senior Case Manager

Enclosure

cc: Honorable John G. Heyburn II
    Mr. Jeffrey A. Apperson

Case No: 04-6406

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ORDER

**FILED**

MAR 1 5 2005

LEONARD GREEN, Clerk

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.

    Plaintiff - Appellant

v.

BUILDING CHAMPIONS, LLC, doing business as Kentucky Colonels Basketball

    Defendant - Appellee

Upon consideration of the joint motion of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion be and it hereby is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*[signature]*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *[signature]*
    Deputy Clerk

RECEIVED
MAR 0 7 2005
LEONARD GREEN, Clerk

FILED
MAR - 7 2005
LEONARD GREEN, Clerk

## THE UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
### No. 04-6406

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.,

        Plaintiff - Appellant

v.

BUILDING CHAMPIONS, LLC doing business as Kentucky Colonels Basketball

        Defendant - Appellee

---

### MOTION TO DISMISS APPEAL

Appellant, The Honorable Order of Kentucky Colonels, Inc., and Appellee, Building Champions, LLC, jointly move the Court to dismiss this appeal, pursuant to FRAP 42, with each party to pay its own costs and attorney's fees.

Respectfully submitted,

Dated: ~~February~~ March 4, 2005

By _____
William H. Hollander
Steven L. Snyder
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2600
Louisville, KY 40202-2898
(502) 589-5235

*Counsel for Appellant, The Honorable Order of Kentucky Colonels, Inc.*

_____
Michelle Kaiser Bray
Stephanie Hale
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500

and

Todd H. Bailey
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
255 East Fifth Street, Suite 2800
Cincinnati, OH 45202
(513) 455-7637

***Counsel for Appellee, Building Champions, LLC***