**United States District Court**
**Western District of Kentucky**
**Office of the Clerk**
601 West Broadway
106 Gene Snyder Courthouse
Louisville, Kentucky 40202
(502) 625-3500
www.kywd.uscourts.gov

Vanessa L. Armstrong  
Clerk of Court

James Vilt  
Chief Deputy Clerk

12/17/2013

**Honorable Order of Kentucky Colonels, Inc** vs. **Building Champions, LLC**
3-04-cv-465-H

Dear Counsel:

Local Rule 83.10(c) provides that:

The Clerk may direct counsel of record to retrieve their exhibits from the Clerk's custody by a specific date. The Clerk may destroy any exhibits that remain unclaimed two weeks after counsel of record has been directed to retrieve them.

Pursuant to the above-referenced Local Rule, notice is hereby given that if the exhibits filed as Exhibits, (1 small box ) are not claimed within two (2) weeks from the date of this letter, the exhibits will be destroyed.

Should you have any questions, do not hesitate to contact this office at (502) 625-3500.

Sincerely,
VANESSA L. ARMSTRONG, CLERK

By:_s/john sparling
Deputy Clerk